**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7238**

SAMUEL ANSTEY,

        Petitioner - Appellant,

    v.

RALPH TERRY, Superintendent, Mount Olive Correctional Complex,

        Respondent - Appellee,

    and

DAVID BALLARD, Warden, Mount Olive Correctional Complex,

        Respondent.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., Senior District Judge. (2:17-cv-03462)

Submitted: May 28, 2020                         Decided: June 8, 2020

Before MOTZ and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Andrew Jeram Katz, KATZ WORKING FAMILIES' LAW FIRM, LC, Charleston West Virginia, for Appellant.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Robert Anstey seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Anstey's 28 U.S.C. § 2254 (2018) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A) (2018). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2018). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Anstey has not made the requisite showing. Accordingly, we deny Anstey's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*